IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EUFAULA DRUGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | (WO) |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv370-A |
| | ) | |
| | ) | |
| SCRIPSOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Memorandum Opinion entered on this day, it is hereby ORDERED as follows:

(1) The Plaintiff's Motion to Remand (Doc. #9) is GRANTED and this cause is hereby REMANDED to the Circuit Court of Barbour County, Alabama (Eufaula Division).

(2) The clerk is DIRECTED to take all steps necessary to effect this remand.

(3) The Motion to Dismiss the Complaint or Transfer Venue filed by the Defendant, ScripSolutions, (Doc. #7) is left for disposition by the state court.

Done this the 6th day of October, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE